

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00380-CR

TRACI SHEPPARD SCHROEDER
v.
THE STATE OF TEXAS

On Appeal from the
Criminal District Court 3 of Dallas County of Dallas County, Texas
Trial Cause No. F12-34983-J

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court REVERSED AND REMANDED IN PART AND AFFIRMED AS MODIFIED IN PART.

We further order this decision certified below for observance.

April 9, 2015